CONTINENTAL SECURITIES COMPANY et al., as Stockholders in the INTERBOROUGH RAPID TRANSIT COMPANY, on Behalf of Themselves and Others, Appellants, *v.* AUGUST BELMONT et al., Respondents.

*Continental Securities Co.* v. *Belmont*, 168 App. Div. 483, affirmed.
(Argued January 21, 1918; decided February 5, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 17, 1915, *unanimously* affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term. The action was brought in behalf of the plaintiffs and all others similarly interested, as stockholders of the Interborough Rapid Transit Company, against the directors of said company and said company to require said individual defendants to account to said company for 15,000 shares of its capital stock, alleged to have been issued fraudulently and illegally, and without any valid or adequate consideration therefor, but upon an alleged consideration that was a pretense and subterfuge and intended to cover a gift or bonus to the individual defendants. (See 206 N. Y. 7.)

*Elijah N. Zoline* for appellants.

*DeLancey Nicoll, Joseph S. Auerbach, Courtland V. Anable* and *Charles H. Tuttle* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.